COPY

FILED
2016 SEP 16 PM 4:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT KLEINSCHMIT,<br>aka "Hugnmonkey917,"<br>Defendant. | CR No. 16-CR16-0659<br>INFORMATION<br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about April 10, 2014, in Ventura County, within the Central District of California, and elsewhere, defendant SCOTT KLEINSCHMIT, also known as "Hugnmonkey917," knowingly possessed a Compaq Presario laptop computer, bearing serial number CND4130JJX, a Toshiba Satellite laptop computer, bearing serial number 95095669Q, and a Toshiba Satellite laptop computer, bearing serial number 3B336909K, all of which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate

and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized Crime Section

JOEY BLANCH
Assistant United States Attorney
Acting Deputy Chief, Violent and Organized Crime Section

ARON KETCHEL
Assistant United States Attorney
Violent and Organized Crime Section