UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES − GENERAL

Case No. 2:16−cr−00659−JAK Date 12/1/2016

Present : The Honorable JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

Interpreter : Alex Joko

| Andrea Keifer | Alex Joko | Aron Ketchel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Scott Kleinschmit | X | | X | 1. John Hanusz, DFPD | X | X | |

**Proceedings: GUILTY PLEA**

X Defendant moves to change his plea to an Indictment.

X Defendant is sworn.

X Defendant enters a new and different plea of GUILTY to Count(s) 1.

X The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

X The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **March 9, 2017 at 10:00 AM** for sentencing. Sentencing position papers shall be filed **February 23, 2017**. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers.

X The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

:25
Initials of Deputy Clerk ake