SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ARON KETCHEL (Cal. Bar No. 250345)
Assistant United States Attorney
Violent and Organized Crime Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1019
Facsimile: (213) 894-3713
E-mail: aron.ketchel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT KLEINSCHMIT,
aka "Hugnmonkey917,"

Defendant.

No. CR 16-659-JAK

STIPULATION REGARDING RESTITUTION

Hearing Date: May 4, 2017
Hearing Time: 8:30 a.m.
Location: Courtroom of the Hon. John A. Kronstadt

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Aron Ketchel, and defendant SCOTT KLEINSCHMIT ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender John Hanusz, hereby stipulate as follows:

1. On December 1, 2016, defendant entered a guilty plea pursuant to a plea agreement filed on September 16, 2016.

2. The parties agree that the individual known as "Pia" is a "victim" in this case, meaning she is an "individual harmed as a

result of a commission of a crime” under Chapter 110 of Title 18, which includes defendant’s crimes, as provided in 18 U.S.C. § 2259(c).

3. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim “Pia” is $1,000. This amount shall be paid in full on or before May 4, 2017.

4. Restitution payment shall be made to “Deborah A. Bianco in trust for Pia” and the payment shall be sent to:

Deborah A. Bianco
14535 Bellevue-Redmond Rd. #201
Bellevue, WA 98007

5. The government has conferred with Deborah Bianco, attorney for victim “Pia,” who agrees with and has no objection to this stipulation.

6. No other individuals have made any claims for victim restitution at this time.

IT IS SO STIPULATED.

Dated: April 18, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/
ARON KETCHEL
Assistant United States Attorney
Attorneys for Complainant
UNITED STATES OF AMERICA

Dated: April 16, 2017

HILARY POTASHNER
Federal Public Defender

JOHN HANUSZ
Deputy Federal Public Defender

Attorneys for defendant
Scott Kleinschmit

Dated: April 26, 2017

SCOTT KLEINSCHMIT